UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
**Case Number: 22-22403-CIV-MARTINEZ**

JAVIER B. MAYORGA,
NORALI OCAMPO,

    Plaintiffs,

vs.

CASA TUA CUCINA (MIAMI)
ASSOCIATES LLC, and JAZ DEPOT
SUPPLIES, INC.,

    Defendants.

_____/

## ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING CASE WITH PREJUDICE

**THIS CAUSE** came before the Court upon the parties' Joint Motion for Approval of FLSA Settlement Agreement and Dismissal with Prejudice (the "Motion to Approve"). (ECF No. 17). Plaintiff has filed a copy of the Settlement Agreement for the Court to review. (ECF No. 17-1). After careful consideration of the Settlement Agreement, as required by *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982), the Court finds that it represents a fair and reasonable resolution of a bona fide Fair Labor Standards Act dispute. Accordingly, it is hereby **ORDERED and ADJUDGED** that

1. The Motion to Approve, (ECF No. 17), is **GRANTED**.
2. The parties' Settlement Agreement, (ECF No. 17-1), is **APPROVED**.
3. This action is **DISMISSED with prejudice**.
5. This case is **CLOSED**, and all pending motions are **DENIED** as **MOOT**.

DONE AND ORDERED in Chambers at Miami, Florida, this 23 day of September, 2022.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record